1  Rosemary T. McGuire, Esq.   Bar No. 172549

2  THE LAW FIRM OF
   WEAKLEY, RATLIFF,
3  ARENDT & McGUIRE, LLP
   1630 East Shaw Avenue, Suite 176
4  Fresno, California   93710

5  Telephone: (559) 221-5256
   Facsimile:  (559) 221-5262

6

7  Attorneys for Defendants, CITY OF FRESNO, FRESNO POLICE DEPARTMENT, ALFRED CAMPOS, and RON MANNING

8

9

10  **IN THE UNITED STATES DISTRICT COURT**

11  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

12

| | |
|---|---|
| ANGEL SANDOVAL RIOS, | CASE NO. 1:05-cv-00644 REC/SMS |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS AND ORDER** |
| vs. | |
| CITY OF FRESNO, FRESNO POLICE DEPARTMENT, ALFRED CAMPOS, RON MANNING and DOES ONE (1) TO ONE HUNDRED (100), inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE THAT defendants, CITY OF FRESNO, FRESNO POLICE DEPARTMENT, ALFRED CAMPOS, and RON MANNING, substitute Rosemary T. McGuire of the law firm of Weakley, Ratliff, Arendt & McGuire, LLP, located at 1630 E. Shaw Avenue, Suite 176, Fresno, California 93710, in place and stead of Harvie Ruth Schreiber of the City Attorney's Office.

I consent to the above substitution.

DATED: October 13, 2005

                                           /s/   Kerry Trost
                                        Representative of City of Fresno

1 | I consent to the above substitution.

2 | DATED: October 18, 2005

3 | /s/  Alfred Campos
Alfred Campos

5 | I consent to the above substitution.

6 | DATED: October 19, 2005

/s/  Ron Manning
Ron Manning

I agree to the above substitution.

DATED: October 13, 2005

CITY ATTORNEY'S OFFICE

By:   /s/  Francine Kanne
Francine Kanne
Assistant City Attorney

I accept the substitution.

DATED: October 13, 2005

WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:   /s/  Rosemary T. McGuire
Rosemary T. McGuire

**ORDER**

IT IS SO ORDERED.

**Dated:   October 26, 2005**            /s/ **Sandra M. Snyder**
icido3                                    UNITED STATES MAGISTRATE JUDGE