1  Rosemary T. McGuire, Esq.   Bar No. 172549

2  THE LAW FIRM OF
   WEAKLEY, RATLIFF,
3  ARENDT & McGUIRE, LLP
   1630 East Shaw Avenue, Suite 176
4  Fresno, California   93710

5  Telephone: (559) 221-5256
   Facsimile:  (559) 221-5262

6

7  Attorneys for Defendants, CITY OF FRESNO, FRESNO POLICE DEPARTMENT, ALFRED CAMPOS, and RON MANNING

8

9

10               IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  ANGEL SANDOVAL RIOS,          ) CASE NO.  1:05-cv-00644 REC-SMS
                                  )
14           Plaintiff,           ) **SUBSTITUTION OF ATTORNEYS AND**
                                  ) **ORDER**
15                                )
        vs.                       )
16                                )
                                  )
17  CITY OF FRESNO, FRESNO POLICE )
    DEPARTMENT, ALFRED CAMPOS, RON)
18  MANNING and DOES ONE (1) TO ONE)
    HUNDRED (100), inclusive,     )
19                                )
                                  )
20           Defendants.          )
    _____)
21
          PLEASE TAKE NOTICE THAT defendants, CITY OF FRESNO, FRESNO POLICE
22
    DEPARTMENT, ALFRED CAMPOS, and RON MANNING, substitute Rosemary T. McGuire
23
    of the law firm of Weakley, Ratliff, Arendt & McGuire, LLP, located at 1630 E. Shaw Avenue,
24
    Suite 176, Fresno, California 93710, in place and stead of Harvie Ruth Schreiber of the City
25
    Attorney's Office.
26
          I consent to the above substitution.
27
    DATED: October 13, 2005
28
                                           /s/   Kerry Trost
                                        Representative of City of Fresno

Substitution of Attorneys

1     I consent to the above substitution.

2     DATED: October 18, 2005

3                                  /s/   Alfred Campos
                                Alfred Campos

4

5     I consent to the above substitution.

6     DATED: October 19, 2005

7

8                                  /s/   Ron Manning
                                Ron Manning

9

10     I agree to the above substitution.

    DATED: October 13, 2005

11                                  CITY ATTORNEY'S OFFICE

12

13                                  By:   /s/   Francine Kanne
                                        Francine Kanne
                                        Assistant City Attorney

14

15     I accept the substitution.

16     DATED: October 13, 2005

17                                  WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

18

19                                  By:   /s/   Rosemary T. McGuire
                                        Rosemary T. McGuire

20                                     **ORDER**

21

22

23

24

25     IT IS SO ORDERED.

26     **Dated:   October 27, 2005**          /s/ Sandra M. Snyder
    icido3                                      UNITED STATES MAGISTRATE JUDGE

27

28