Rosemary T. McGuire, Esq.   Bar No. 172549

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, FRESNO POLICE DEPARTMENT, ALFRED CAMPOS, and RON MANNING

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL SANDOVAL RIOS, | CASE NO.  05-CV-00644 OWW SMS |
| Plaintiff | STIPULATION AND ORDER |
| vs. | |
| CITY OF FRESNO, FRESNO POLICE DEPARTMENT, ALFRED CAMPOS, RON MANNING and DOES ONE (1) TO ONE HUNDRED (100), inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties that Defendants' Motion for Summary Judgment, or in the Alternative Motion for Summary Adjudication of Issues be rescheduled from October 16, 2006 to October 23, 2006.


DATED: October 3, 2006

    WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP


By:     /s/ Rosemary T. McGuire
      Rosemary T. McGuire
      Attorney for Defendants
      CITY OF FRESNO, FRESNO POLICE DEPARTMENT, ALFRED CAMPOS, and RON MANNING

---

Stipulation and Order
RE: Motion for Summary Judgment

DATE: October 3, 2006

THE LAW OFFICE OF EDDIE RUIZ

By:      /s/   Eddie Ruiz
Eddie Ruiz
Attorney for Plaintiff
ANGEL SANDOVAL RIOS

**ORDER**

IT IS SO ORDERED.

**Dated:     October 3, 2006**          **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE

---

Stipulation and Order
RE: Motion for Summary Judgment            2