Rosemary T. McGuire, Esq.   Bar No. 172549

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants ALFRED CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL SANDOVAL RIOS, | CASE NO.  05-CV-00644 OWW SMS |
| Plaintiff | |
| vs. | **ORDER RE: DEFENDANT, ALFRED CAMPOS'S, MOTIONS IN LIMINE** |
| CITY OF FRESNO, FRESNO POLICE DEPARTMENT, ALFRED CAMPOS, RON MANNING and DOES ONE (1) TO ONE HUNDRED (100), inclusive, | Trial Date: December 5, 2006 |
| Defendants. | |

On December 1, 2006, this matter came before the Court on the hearing of the motions in limine submitted by the parties.  Having reviewed the briefs of the parties and heard oral argument regarding Defendants' Motions in Limine, the Court issues the following rulings:

1. Defendant's Motion in Limine No. 1 to preclude the testimony of any witnesses who were not disclosed during discovery or provided as supplemental discovery in a timely fashion is GRANTED as to witnesses Alfonso Torres and Daniel Diaz.  As to witness, Margarita Puentas, plaintiff's counsel is ordered to make an offer of proof by close of business on Friday, December 1, 2006, so that defense counsel has an opportunity to respond before Tuesday, December 5, 2006.  The matter is deferred until the Court has reviewed plaintiff's offer of proof and defendant's response.

2. Defendant's Motion in Limine No. 2 to preclude evidence of previous or pending

---

Order Re Defendant's Motions in Limine

lawsuit(s) against the Defendant is GRANTED.

3. Defendant's Motion in Limine No. 3 to preclude Plaintiff from presenting evidence or inquiring into information included in the personnel record or Internal Affairs file of any peace officer is GRANTED; except to the extent of the Court's ruling on plaintiff's offer of proof as to the potential testimony of Margarita Puentas. Plaintiff's offer of proof is to be submitted by close of business on December 1, 2006.

4. Defendant's Motion in Limine No. 4 to preclude Plaintiff's expert from giving opinions regarding: factual determinations, credibility of witnesses, legal conclusions and/or past experiences or claims of success is GRANTED.

5. Defendant's Motion in Limine No. 5 to preclude Plaintiff's expert from rendering opinions in areas in which he lacks expertise is deferred until Mr. Stebens is voir dired outside the presence of the jury to determine if he is qualified to testify in areas involving police practices and procedures, including the use of the taser.

6. Defendant's Motion in Limine No. 6 to exclude improper comments regarding damages is GRANTED.

7. Defendant's Motion in Limine No. 7 to exclude evidence of Defendant's liability insurance is GRANTED.

8. Defendant's Motion in Limine No. 8 to preclude Plaintiff from soliciting evidence regarding the Defendant's indemnification by his employing entity is GRANTED.

9. Defendant's Motion in Limine No. 9 to preclude non-expert witnesses from making inflammatory remarks and rendering inadmissible opinions is GRANTED.

10. Defendant's Motion in Limine No. 10 to exclude evidence from the prior criminal proceedings is GRANTED.

IT IS SO ORDERED.

Dated:   **December 5, 2006**           **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE