```
                                                FILED
                                         JUDGMENT ENTERED

                                         ____12/14/06_____
                                                Date
                                        by _____S. Robles_____
                                              Deputy Clerk
                                           U.S. District Court
                                       Eastern District of California
                                         __XX____ FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ANGEL SANDOVAL RIOS,

       Plaintiff,

                        **JUDGMENT IN A CIVIL ACTION**

vs.

                        1:05-CV-0644 OWW SMS

CITY OF FRESNO, ET AL.,

       Defendant.
_____/


       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of all defendants and against plaintiff Angel Sandoval Rios.

DATED: 12/14/2006

                                        VICTORIA C. MINOR, Clerk

                                        /s/ Steve Robles
                           By:
                                        Deputy Clerk

jgm.civ
2/1/95