Rosemary T. McGuire, Esq.   Bar No. 172549
Erica M. Camarena, Esq.     Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants ALFRED CAMPOS and the CITY OF FRESNO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL SANDOVAL RIOS, | CASE NO. 1:05-cv-00644 OWW SMS |
| Plaintiff | |
| vs. | **DEFENDANTS' EX PARTE APPLICATION AND** |
| CITY OF FRESNO, FRESNO POLICE DEPARTMENT, ALFRED CAMPOS, RON MANNING and DOES ONE (1) TO ONE HUNDRED (100), inclusive, | **ORDER FOR APPEARANCE AND DEBTOR'S EXAMINATION** |
| | California Code of Civil Procedure §491.110 |
| Defendants. | |

Defendants CITY OF FRESNO and ALFRED CAMPOS (hereinafter referred to as "Creditors") hereby apply to this Court for an Order to have Plaintiff, ANGEL SANDOVAL RIOS (hereinafter referred to as, "Debtor") appear for a Debtor's Examination.

This request is made to aid in the enforcement of the costs rendered against Debtor by this Court on January 26, 2007. (Court Docket No. 80) The last known residence of the person to be examined, ANGEL SANDOVAL RIOS, was in the County of Fresno and within 150 miles of the place of examination.

Respectfully submitted,       WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:      /s/   Rosemary T. McGuire
         Rosemary T. McGuire
         Attorney for Defendants

**ORDER**

---

Defendants' Ex Parte Application and Order
For Appearance and Debtor's Examination

To Debtor: ANGEL SANDOVAL RIOS

YOU ARE ORDERED TO APPEAR personally before this Court, or before a referee appointed by this Court located at 2500 Tulare Street in Fresno, California, to furnish information to aid in enforcement of a money judgment against you on:

Date: **MAY 25, 2007**

Time: **9:30 a.m.**

Department: **7 - 6th Floor**

**NOTICE TO PERSON SERVED**: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay all reasonable attorney's fees incurred by the Creditor in this proceeding.

IT IS SO ORDERED.

**Dated:   March 27, 2007**            _/s/ Sandra M. Snyder_
icido3                                                            UNITED STATES MAGISTRATE JUDGE