Rosemary T. McGuire, Esq.   Bar No. 172549
Erica M. Camarena, Esq.     Bar No. 227981

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants ALFRED CAMPOS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL SANDOVAL RIOS, <br><br> Plaintiff <br><br> vs. <br><br> CITY OF FRESNO, FRESNO POLICE DEPARTMENT, ALFRED CAMPOS, RON MANNING and DOES ONE (1) TO ONE HUNDRED (100), inclusive, <br><br> Defendants. | CASE NO. 1: 05-cv-00644 OWW SMS <br><br> **EX PARTE REQUEST FOR CONTINUANCE AND ORDER** <br><br> Old Hearing: May 25, 2007 <br> NEW Hearing: June 15, 2007 <br> Time: 9:30 a.m. <br> Courtroom: Seven <br> Honorable Sandra M. Snyder |

Defendants' hereby request *ex parte* a continuance of plaintiff ANGEL RIOS' Debtor's Examination currently set to be heard on May 25, 2007 at 9:30 a.m. in the above entitled Court.

The purpose of this continuance is that on Tuesday, May 22, 2007, defense counsel received a phone call from Mr. Rios, who is no longer represented by his trial counsel, Eddie Ruiz. Mr. Rios informed counsel that he was currently working out of state in Alaska and was not able to appear for his debtor's exam. He requested a continuance of this matter but was not able to provide a definitive date of his future availability at that time. See Declaration of Erica M. Camarena.

Defense counsel subsequently spoke with Mr. Rios on May 24, 2007, wherein he stated he would make himself available on Friday, June 15, 2007 at 9:30 a.m. for a continued Debtor's

Examination. Mr. Rios also stated that he does not have access to a fax machine such that a

---
*Ex Parte* Request for Continuance

stipulation could be faxed to him for his signature.

Mr. Rios advised that he will accept service of this Request for Continuance at his Fresno address: 4717 E. Austin Way in Fresno, CA 93726.  The phone number where he can be reached is (626) 476-6647.  See Declaration of Erica M. Camarena.

DATED:

                WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:   /s/ Erica M. Camarena
Rosemary T. McGuire
Erica M. Camarena
Attorney for Defendant
ALFRED CAMPOS

## ORDER

Upon a showing of good cause, this Court grants Defendants' *ex parte* request for a continuance of plaintiff Angel Rios' Debtor's Examination, currently set on Friday, May 25, 2007 at 9:30 a.m.

The Debtor's Examination will now be heard on June 15, 2007 at 9:30 a.m. in Courtroom Seven of the United States District Court, Eastern District of California.

DATE:  5/30/2007

/s/ Sandra M. Snyder

SANDRA M. SNYDER

U.S. Magistrate Judge

---

*Ex Parte* Request for Continuance            2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28